1016

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK MICHAEL BARBER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80747, Francis E. Holman, J., entered August 19, 1977. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and Dore, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JOSEPH ALLEN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 81375, David W. Soukup, J., entered September 9, 1977. *Affirmed* by unpublished opinion per Dore, J., concurred in by Farris and Andersen, JJ.

*In the Matter of the Marriage of* ALICE JOY VISE, *Respondent, and* DONALD RAY VISE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. D-95585, George H. Revelle, J., entered October 14, 1977. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and Dore, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL ROY WITHROW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82399, H. Joseph Coleman, J., entered October 21, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Ringold, JJ.